

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00246-CR

| | | |
|---|---|---|
| FRANK WESLEY NEWSTED II, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR15653) |
| | § | April 10, 2025 |
| V. | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $100 fine and reflect no fine and to delete the $335 in court costs and reflect $435 in court costs. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
 Justice Wade Birdwell